UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.: 8:17-cr-393-WFJ-CPT** | **DATE: February 4, 2026** | |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** N/A | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CEDRIC D. MOULTRY** | **GOVERNMENT COUNSEL**<br>Adam McCall, AUSA<br><br>**DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** | Gabriella Lobaina |
| **TIME:** 9:37 - 9:57 AM<br>**TOTAL:** 20 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Krista Smith |

**FINAL REVOCATION re: VOSR PROCEEDINGS:**

Court in session and counsel identified for the record.

Defendant sworn and admitted to violation charge numbers one through five as alleged in the petition. Statements made by counsel. Defendant made allocution to the Court.

Court finds the defendant has freely, voluntarily, knowingly and intelligently admitted his guilt to violation charge numbers one through five in the petition and adjudicated him guilty of same.

For the reasons stated on the record, the Court grants government's request to remove GPS monitoring.

The defendant's current term of supervised release is revoked, and he is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED.**

New term of supervised release: **TWO (2) YEARS** as to Count 3.

While on Supervised Release, the defendant shall comply with the mandatory and standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

1. All mandatory and special conditions of supervision previously imposed on 12/14/20218 shall carry over and remain in full force and effect.

Defendant advised of right to appeal and of right to counsel on appeal.